IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 99-363-01 |
| JOSEPH MERLINO | : | |

## ORDER

**AND NOW**, this  14th  day of November, 2014, upon consideration of the Defendant's Motion to Stay Execution of His Sentence Pending Appeal (ECF No. 1022), it is **ORDERED** that the Defendant's Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**